Lawrence Brewster
Regional Solicitor
**Daniel J. Chasek**, (CSBN #186968)
Associate Regional Solicitor
Office of the Solicitor (Sol#0717908)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-4225
    Facsimile:  (213) 894-2064
chasek.daniel@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**HILDA L. SOLIS,**
    Secretary of Labor,
    United States Department of Labor,

            Plaintiff,

         v.

**Medtronic, Inc.,** a Minnesota Corporation;
**Medtronic Minimed, Inc.,** a California Corporation,

            Defendants.

Case No.

**CV11  02846  R PJWx**

**COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT (29 U.S.C. § 201 *et seq.*)**

1)    The plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor ("Secretary"), brings this action to enjoin defendants Medtronic, Inc. and Medtronic Minimed, Inc., California corporations, (collectively, "defendants"), from violating the provisions of Sections 15(a)(1), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a) (1), 215(a)(2) and

1  215(a)(5), and to recover wages owed under the FLSA to present and former employees
2  of the defendants including those listed by name on the attached Exhibit A to this Com-
3  plaint, for the period from December 18, 2007 to December 17, 2010.

4       2)     This Court has subject matter jurisdiction under FLSA § 17, 29 U.S.C.
5  § 217; this Court also has subject matter jurisdiction under 28 U.S.C. § 1331 (federal
6  question) and under 28 U.S.C. § 1345 (United States as plaintiff).

7       3)(a)  Defendant Medtronic, Inc., is, and at all times material has been, a Minne-
8  sota corporation, with an office and place of business at 710 Medtronic Parkway, Min-
9  neapolis, MN 55432, and at all times material has been engaged in business as a de-
10 signer and manufacturer of medical devices.  Defendant Medtronic operates in this dis-
11 trict through its wholly-owned subsidiaries, including Defendant Medtronic Minimed,
12 Inc.

13      (b)  Defendant Medtronic Minimed, Inc., is, and at all times material has been,
14 a California corporation, with an office and place of business at 18000 Devonshire
15 Street, Northridge, CA 91325, and is a wholly-owned subsidiary of Defendant Med-
16 tronic.

17      4)    At all times material hereto, the activities of the defendants have constituted
18 related activities performed through unified operation or common control for a common
19 business purpose.  They are and have been an "enterprise" as defined in FLSA § 3(r), 29
20 U.S.C. § 203(r).

21      5)    At all times material hereto, the enterprise has had employees engaged in
22 commerce or in the production of goods for commerce or in handling, selling or other-
23 wise working on goods or materials which have been moved in or produced for com-
24 merce.  This enterprise has had an annual gross volume of sales made of no less than
25 $500,000.00 and is an "enterprise engaged in commerce or in the production of goods
26 for commerce" as defined in FLSA § 3(s), 29 U.S.C. § 203(s).

27      6)    The defendants have violated the provisions of FLSA §§ 7 and 15(a)(2), 29
28 U.S.C. §§ 207 and 215(a)(2), by employing employees engaged in commerce or in the

**Complaint** (Sol#0717908))                                                **Page 2 of 12**

1  production of goods for commerce, within the meaning of the FLSA, or employed in an
2  enterprise engaged in commerce or in the production of goods for commerce, within the
3  meaning of FLSA § 3(s), 29 U.S.C. §203(s), for workweeks longer than 40 hours with-
4  out compensating these employees at rates not less than one and one-half times the regu-
5  lar rates at which they were and are employed.

6       7)    The defendants have violated the provisions of FLSA §§ 11(c) and 15(a)(5),
7  29 U.S.C. §§ 211(c) and 215(a)(5), by failing to maintain, keep, make available to au-
8  thorized agents of plaintiff for inspection, transcription and/or copying, and preserve re-
9  cords of their employees and of the wages, hours, and other conditions and practices of
10 employment maintained, as prescribed by the regulations promulgated by the plaintiff
11 pursuant to the authority granted in the FLSA and published at 29 C.F.R. Part 516.

12      8)    The defendants have violated and are violating the provisions of FLSA
13 § 15(a)(1), 29 U.S.C. § 215(a)(1), by transporting, offering for transportation, shipping,
14 delivering, or selling in commerce (or by shipping, delivering or selling with knowledge
15 that shipment or delivery or sale in commerce was intended) goods in the production of
16 which employees were employed in violation of FLSA §§ 6 and/or 7.

17      9)(a)  During the period from December 18, 2007 to December 17, 2010, defen-
18 dants violated the above-described provisions of the FLSA.

19      (b)  As a result of the violations of the monetary provisions of the FLSA, there is
20 unpaid overtime compensation due under the FLSA that is being withheld by the defen-
21 dants.

22      (c)  Judgment permanently enjoining and restraining such violations of the
23 FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

24      (d)  Judgment enjoining and restraining any continued withholding of unpaid
25 overtime compensation due under the FLSA is specifically authorized by FLSA § 17, 29
26 U.S.C. § 217.

27      WHEREFORE, cause having been shown, plaintiff prays for judgment as fol-
28 lows:

**Complaint** (Sol#0717908))

1      (a)  For an order pursuant to FLSA § 17, 29 U.S.C. § 217, permanently enjoining
2   and restraining the defendants, their officers, agents, servants and employees, and all
3   persons in active concert or participation with them, from violating the provisions of the
4   FLSA §§ 15(a)(1), 15(a)(2) and 15(a)(5), 29 U.S.C. §§  215 (a) (1), 215 (a)(2) and
5   215(a)(5); and

6      (b)  For an order pursuant to FLSA § 17, 29 U.S.C. § 217, restraining the Defen-
7   dants, their officers, agents, servants and employees and all persons in active concert or
8   participation with them, from continuing to withhold the payment of any unpaid over-
9   time compensation found to be due to present and former employees listed by name on
10  the attached Exhibit A.

11
12
13
14
15      Dated: March 29, 2011.                        Hilda L. Solis
16                                                     Solicitor of Labor
17                                                     LAWRENCE BREWSTER
18                                                     Regional Solicitor
19
20                                                     DANIEL J. CHASEK
21                                                     Associate Regional Solicitor
22                                                     Attorneys for the Plaintiff
23                                                     U.S. Department of Labor
24
25
26
27
28

# Exhibit A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Exhibit A

**Name**

JESSENIA ACEDO

ARLENE ADORADOR

MARIA AGUILAR

LAUREEN AGUSTIN

MARIA R ALECIO

MARIA ALICIA RENTERIA

BETSY ALVARADO

ESPERIDION ALVARO, JR.

KRISTINE L ALVISO

ELIZABETH AMEZOLA

CARLENE ANAYA

GUADALUPE Y ARIAS VAZQUEZ

MARIA C AVELAR

VOLGA BAGDASARYAN

BLANCA BALDWIN

HEIDILITA BALITON

SUMMAYA BALOCH

NAYELI BARCENA

MARTHA BARRON

ANGELA M BERNAL

JUAN BERNAL

JENALYN BIHASA

THERESA CABRERA-RODRIGUEZ

AMANDA CACERES

REMEDIOS Y CAGUIOA

CYTHNIA CALIMA

CHRISTIAN CAMARENA

1   CRISEYDA CARDENAS
2   DESIREE CARREON
3   ALDA CASTELLON
4   ROGER CASTELLON
5   GUILLERMINA CEBREROS
6   MAYELA CERON
7   STACIE CHAC
8   MARIA CHACON
9   GUADALUPE M CHAVEZ
10   LETICIA S CHAVEZ
11   YESI CHU
12   ANA M CIEPLIK
13   CINDY CO
14   JOSE CRUZ
15   RODRIGO S CRUZ
16   MIRANDA CUKO
17   NANCY DANG
18   MARY DASIGAN
19   MARIA DE LA LUZ SERRANO
20   GLEN DE LA ROSA
21   ROSA L DE LA TORRE
22   MERCEDES DE LEON
23   GIOVANNA DEJACTO
24   FRANCES DELGADO
25   ESTELLA DIAZ
26   GUADALUPE DIAZ
27   JOSHUA DOMINGUEZ
28   ANA I ENRIQUEZ

**Complaint** (Sol#0717908))

1   ROBERT ESCALANTE

2   MARIA ESCOBAR

3   ANDREA ESPINOZA

4   JONALYN P ESTRADA

5   MARIA G ESTRADA

6   MARTHA ESTRADA

7   ROSARIO ESTRADA

8   SANDRA ESTRADA

9   CAMELIA O ESTRELLA

10   LUCENA FERNANDEZ

11   PAUL FLETCHER

12   TORBIA FREAL

13   SILVIA GARCIA

14   LUCINYA GHAZAROSYAN

15   MARIA GOMEZ

16   ADOLFO GONZALEZ

17   ESMERELDA GONZALEZ

18   JUANA GONZALEZ

19   MARIA D GUEVARA

20   MIRIAM GUTIERREZ

21   RICARDO GUTIERREZ

22   PHAM HA

23   AURELIA HAMIC

24   LINDITA HERKURI

25   HENDRO HERLAMBANG

26   KAREN HERNANDEZ

27   MARIA HERNANDEZ

28   MARIA ELENA HERNANDEZ

1   MARIA GUADALUPE HERNANDEZ

2   PAOLO HERNANDEZ

3   INGRID HERRERA

4   RYAN JAVIER

5   KIMBERLY JIMENEZ

6   RYAN JOSEPH MINA

7   DALJIT KAUR

8   JAGMIT KAUR

9   NARINDERJEET KAUR

10   SATINDER KAUR

11   TAJINDER P KAUR

12   PARMJEET KAUR THIARA

13   MARY S KERYAN

14   SHAHNAZ KHAN

15   VALYA KHUMARYAN

16   ELIZABETH LAGUNILLA

17   ARESEL LAI

18   ANTHONY LAO

19   JANET LI

20   QI S LI

21   MARTHA V LOZA

22   BIVIANA LOZANO

23   CYNTHIA LOZANO

24   MARILYN LOZANO

25   PAULO LOZANO

26   SHI LU

27   IURESALEMA LUI

28   CHAU LUONG

1   KODY LUONG

2   RACHEL MADRIAGA

3   LETTY MADRIGAL

4   NENA MANDIN

5   ELIA MARRON

6   CANDIDA MARROQUIN

7   JESSICA MARTINEZ

8   ROSA M MARTINEZ

9   LEONOR MARTINEZ MURRAY

10   ESHA MATOS

11   RANDY M MAYOR

12   OLGA MAZA

13   ALKA K MEHTA

14   SWEETY MEHTA

15   ELVA V MENDEZ

16   VANESSA MENDEZ

17   DANIELLE MENDOZA

18   LINDITA MERKURI

19   KARENNE MORALES

20   YESICA MORALES

21   ROSA M MORENTIN

22   ANGELICA MUNOZ

23   ROSA NEGRETE

24   BRENDA NEQUIS

25   OLGA A NEVAREZ

26   SAMANTHA NGUYEN

27   MINA NGUYEN DO

28   MARIA ONTIVEROS

1  CLAUDIA T ORDONEZ

2  JULIE OVERTON

3  REYNA E PANIAGUA

4  SALUD PANIAGUA

5  VARSHABEN J PATEL

6  MARCIA PENA

7  IRMA PERALTA CEBREROS

8  EVA PERDOMO

9  CRISTOPHER PEREIRA

10  GLADYS PEREZ

11  REVA PRAJAPATI

12  ARCELIA PROANO

13  GUADALUPE QUEZADA

14  ALICIA RAMIREZ

15  LAURA R RAMIREZ

16  JAY REAL

17  OLIVIA RECINOS

18  MIGUEL REVELO

19  NOMI REVILLA

20  DANIELA C REYES

21  LEAH Y REYES

22  AARON REYSANG

23  GLORY RIMANDO

24  MARINA N RIVAS

25  GEORGE RIVERA

26  LESSDIANNE RIVERA

27  CATHY ROBLES

28  CRISTINA RODRIGUEZ

**Complaint** (Sol#0717908))

1  ELIZABETH RODRIGUEZ

2  JANSEN RODRIGUEZ

3  ALEXIS ROMO

4  GUADALUPE RUVALCABA

5  TRITIA-JANE SABADO

6  PRECIOUS SALAZAR-TEC

7  ALBERT SAN JUAN

8  SILVIA SANCHEZ - 106504

9  SILVIA SANCHEZ - 109576

10  SILVIA SANCHEZ - HELP

11  SARA SANDOVAL

12  DOLORES SANTAMARIA

13  MARILOU L SANTIAGO

14  CLAUDIA SANTOS

15  MARIA SANTOS

16  VICTORIA R SANTOS

17  PHALLY SEARTH

18  KHRISTINA SIBUG

19  JATINDER SINGH

20  LAKHWINDER SINGH

21  PARSHOTAM SINGH

22  MICHAEL SMITH

23  PATRICIA SOBERANIS

24  LOURDES G SUAZO

25  MARTHA SUSANA OROZCO

26  HONG THI LE

27  JUANA TOLEDO

28  TERESA TORRES

1  THANH T TRAN
2  JANNIE TRINH
3  ARJEAN TUMANDA
4  JUNE ULUKIVAIOLA
5  VANESSA VALDES
6  ANGELICA VALENCIA
7  LUIS A VALENCIA
8  ESTELA VALENZUELA
9  MARIA VALENZUELA
10 SHEENA VALETE
11 ALFREDO H VALETE JR
12 MYRNA VALORIA
13 ALEJANDRO VASQUEZ
14 YESIKA VASQUEZ
15 VELIA VELASQUEZ
16 BELIA A VELAZQUEZ
17 ANN VIDAL
18 RAISA VITA
19 SON YANG
20 SVETLANA ZLATANOV
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV11- 2846 R (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

=====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

**DEFENDANTS**
Medtronic, Inc., a Minnesota Corporation;
Medtronic Minimed, Inc., a California Corporation;

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

DANIEL J. CHASEK, Associate Regional Solicitor
Office of the Solicitor/United States Department of Labor
350 S. Figueroa St., Ste., 370; Los Angeles, CA 90071/Phone: (213) 894-4225

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No        ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
To enjoin and restrain defendants from violating provisions of Sections 15(a)(1),15(a)(2) and 15(a)(5) of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☑ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV11 02846

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)        CIVIL COVER SHEET        Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Medtronic, Inc. - Minneapolis MN<br>Medtronic Minimed, Inc. - Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Jamel J Chaseh_    Date 3-30-2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Daniel J. Chasek, Associate Regional Solicitor
Office of the Solicitor (Sol#0717908)
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071-1202
Telephone: (213) 894-4225/FAX: (213) 894-2064

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>PLAINTIFF(S)<br>v.<br>Medtronic, Inc., a Minnesota Corporation; Medtronic Minimed, INc., a California Corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11 02846 R PJWx**<br><br><br>**SUMMONS** |
|---|---|

TO:   DEFENDANT(S): - named above -

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Daniel J. Chasek _____, whose address is 350 S. Figueroa Street, Suite 370; Los Angeles, CA 90071-1202 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___APR - 5 2011___

By: _CHRISTOPHER B_____

Deputy Clerk

*(Seal of the Court)*

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*