Lawrence Brewster
Regional Solicitor
**Daniel J. Chasek**, (CSBN #186968)
Associate Regional Solicitor
Office of the Solicitor (Sol#0119370)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
       Telephone: (213) 894-4225
       Facsimile:  (213) 894-2064
chasek.daniel@dol.gov

Attorneys for the Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                   Plaintiff,<br><br>         v.<br><br>**Medtronic, Inc.,** a Minnesota Corporation**;**<br>**Medtronic Minimed, Inc.,** a California Corporation,<br><br>                   Defendants. | Case No. 11-02846 R (PJWx)<br><br>**CONSENT JUDGMENT** |

1)     The plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor ("Secretary"), and defendants Medtronic, Inc. and Medtronic Minimed, Inc., California corporations, (collectively, "defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A. The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(1), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a) (1), 215(a)(2) and 215(a)(5).

B. Defendants have appeared and (after having been advised by Plaintiff of the right to retain the assistance of defense counsel) acknowledge receipt of a copy of the Secretary's Complaint.

C. Defendants waive issuance and service of process and waive answer and any defenses to the Secretary's Complaint.

D. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of 15(a)(1), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a) (1), 215(a)(2) and 215(a)(5), in any of the following manners:

1. Defendant shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at

1 which he or she is employed.

2  2. Defendants, jointly and severally, shall not continue to withhold the payment of $520,674.45 in back wages hereby found to be due under the FLSA to the 215 individuals listed in the attached Exhibit 1 during the period of December 18, 2007 to December 17, 2010, and listing on the same line the gross backwage amount due the individual and the period covered by this Consent Judgment.

3. As set forth in paragraph 4, below, Defendants shall make payments to the individuals directly, or ensure payments are made to the individuals through third parties, and shall remit or ensure amounts due for legal deductions are remitted directly to the state and federal agencies when due.

4. Defendants shall deliver to the Wage and Hour Division, United States Department of Labor, 915 Wilshire Blvd. Suite 960, Los Angeles, CA, 90017, the following:

a. On or before March 29, 2011, Defendants shall make payments of the backwages due to each individual who is listed in the attached Exhibit 1 directly or ensure payments are made to individuals through third parties by check made payable to that individual.  The Defendants shall pay or ensure amounts due for legal deductions are paid to the applicable Federal or State agencies when due.  After such payments, Defendants shall supply, by April 29, 2011, proof satisfactory to the Plaintiff that Defendants have made such payments.  Such proof shall be a signed WH-58 receipt form or cancelled check in the event that an individual does not sign a receipt form.

b. On or before April 5, 2011, a schedule in duplicate bearing the firm name (that is highlighted in the caption of this Judgment), employer identification number(s), address, and phone number of the Defendants and a payroll report or pay-stub showing the name, gross backwage amount (as listed in the attached Exhibit 1), the amounts of legal deductions for social security and withholding taxes thereon, and the total resulting net backwage amount for each person listed in the attached Exhibit 1.

    c. By April 29, 2011, for each person due a payment listed in Exhibit 1, but who was not paid by Defendants, Defendants must supply to Plaintiff a check in the amount due to the individual made payable to the order of the particular person and the Wage & Hour Division of the U.S. Department of Labor, as <u>alternative</u> payees (for example, "Pay to the order of John Doe <u>or</u> the Wage & Hour Div., Labor"). Defendant must supply to Plaintiff the social security numbers and last known addresses for the individuals who could not be located by Defendants. The Secretary shall allocate and distribute the remittances, or the proceeds thereof, less deductions for individual's share of social security and withholding taxes to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be then deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

    5) Defendants shall not fail to make, keep, make available (to authorized agents of the Plaintiff for inspection, transcription, and/or copying, upon their demand for such access), and preserve (for a period of three years) records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §211(c) and §215(a)(5), and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

    6) Defendants shall not, contrary to FLSA § 15(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee has been employed in violation of FLSA §§ 6 and/or 7, 29 U.S.C. §§ 206 and/or 207.

    7) ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Consent Judgment shall not act as or be asserted as a bar to any action under Section 16(b) of FLSA, 29 U.S.C. §216(b), as to any individual not named on the

1  attached Exhibit 1, nor as to any individual named on the attached Exhibit 1 for any pe-
2  riod not specified herein for the backwage recovery provisions hereof; and it is further
3    ORDERED that each party agrees to bear its own fees and other expenses
4  incurred by such party in connection with any stage of this proceeding, including but not
5  limited to attorneys' fees, which may be available under the Equal Access to Justice Act,
6  as amended; and it is further
7    ORDERED that this Court shall retain jurisdiction over this action for pur-
8  poses of enforcing compliance with the terms of this Consent Judgment.

Dated: this 11th day of April 2011

_____
United States District Judge

1  For the Defendants:

2  Each defendant hereby appears, waives any
3  defense herein, consents to the entry of
   this Judgment, and waives notice by the
4  Clerk of Court:
5
6  For:  Medtronic, Inc.

7
   By: _____        _____
8        Authorized Agent                     Date

9
   Its: _____
10

11
   For:  Medtronic Minimed, Inc.
12

13 By: _____        _____
         Authorized Agent                     Date
14

15 Its: _____

16

17 for the Defendants

18
   For the Plaintiff:
19

20 HILDA L. SOLIS
   Solicitor of Labor
21

22 LAWRENCE BREWSTER
   Regional Solicitor
23

24
   _____           _____
25 DANIEL J. CHASEK                          Date
   Associate Regional Solicitor
26 Attorneys for the Plaintiff

27

28

## Exhibit 1

| Full Name | Start Date | End Date | Amount Due |
|---|---|---|---|
| JESSENIA ACEDO | 12/19/2008 | 07/30/2010 | $2,612.75 |
| ARLENE ADORADOR | 12/19/2008 | 12/17/2010 | $3,571.50 |
| MARIA AGUILAR | 02/19/2010 | 12/17/2010 | $1,816.50 |
| LAUREEN AGUSTIN | 09/24/2010 | 12/17/2010 | $519.75 |
| MARIA R ALECIO | 12/19/2008 | 11/26/2010 | $1,556.58 |
| MARIA ALICIA RENTERIA | 12/19/2008 | 12/17/2010 | $4,433.03 |
| BETSY ALVARADO | 02/20/2009 | 12/17/2010 | $3,040.38 |
| ESPERIDION ALVARO, JR. | 02/26/2010 | 12/17/2010 | $1,541.65 |
| KRISTINE L ALVISO | 12/19/2008 | 12/17/2010 | $3,996.67 |
| ELIZABETH AMEZOLA | 07/31/2009 | 07/02/2010 | $1,632.42 |
| CARLENE ANAYA | 01/09/2009 | 12/17/2010 | $3,546.23 |
| GUADALUPE Y ARIAS VAZQUEZ | 12/19/2008 | 12/17/2010 | $2,166.35 |
| MARIA C AVELAR | 12/19/2008 | 12/17/2010 | $3,831.49 |
| VOLGA BAGDASARYAN | 12/19/2008 | 12/17/2010 | $4,900.87 |
| BLANCA BALDWIN | 08/20/2010 | 12/17/2010 | $825.00 |
| HEIDILITA BALITON | 01/09/2009 | 05/01/2009 | $859.25 |
| SUMMAYA BALOCH | 12/19/2008 | 10/09/2009 | $1,185.90 |
| NAYELI BARCENA | 10/30/2009 | 12/17/2010 | $1,906.12 |
| MARTHA BARRON | 12/19/2008 | 12/17/2010 | $3,734.12 |
| ANGELA M BERNAL | 12/19/2008 | 12/17/2010 | $2,180.05 |
| JUAN BERNAL | 12/19/2008 | 12/17/2010 | $3,842.65 |
| JENALYN BIHASA | 01/09/2009 | 02/27/2009 | $189.28 |
| THERESA CABRERA-RODRIGUEZ | 12/19/2008 | 12/17/2010 | $4,131.17 |
| AMANDA CACERES | 12/18/2009 | 05/07/2010 | $613.20 |
| REMEDIOS Y CAGUIOA | 12/19/2008 | 12/17/2010 | $3,945.42 |

| # | Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|
| 1 | CYTHNIA CALIMA | 11/19/2010 | 12/17/2010 | $231.00 |
| 2 | CHRISTIAN CAMARENA | 01/08/2010 | 12/17/2010 | $1,901.08 |
| 3 | CRISEYDA CARDENAS | 01/09/2009 | 12/17/2010 | $3,727.55 |
| 4 | DESIREE CARREON | 07/17/2009 | 04/02/2010 | $1,476.48 |
| 5 | ALDA CASTELLON | 09/24/2010 | 12/17/2010 | $588.00 |
| 6 | ROGER CASTELLON | 03/06/2009 | 12/17/2010 | $3,674.28 |
| 7 | GUILLERMINA CEBREROS | 12/19/2008 | 10/02/2009 | $2,259.40 |
| 8 | MAYELA CERON | 12/19/2008 | 12/17/2010 | $3,803.46 |
| 9 | STACIE CHAC | 12/19/2008 | 12/17/2010 | $4,192.12 |
| 10 | MARIA CHACON | 02/27/2009 | 12/17/2010 | $2,452.45 |
| 11 | GUADALUPE M CHAVEZ | 12/19/2008 | 11/26/2010 | $2,605.72 |
| 12 | LETICIA S CHAVEZ | 12/26/2008 | 12/17/2010 | $3,599.57 |
| 13 | YESI CHU | 08/13/2010 | 08/27/2010 | $136.12 |
| 14 | ANA M CIEPLIK | 12/19/2008 | 12/17/2010 | $4,019.72 |
| 15 | CINDY CO | 10/30/2009 | 12/17/2010 | $2,524.55 |
| 16 | JOSE CRUZ | 02/19/2010 | 08/20/2010 | $1,084.20 |
| 17 | RODRIGO S CRUZ | 12/19/2008 | 12/17/2010 | $2,154.72 |
| 18 | MIRANDA CUKO | 12/19/2008 | 12/17/2010 | $3,549.31 |
| 19 | NANCY DANG | 12/19/2008 | 12/17/2010 | $3,841.42 |
| 20 | MARY DASIGAN | 04/24/2009 | 12/11/2009 | $1,207.31 |
| 21 | MARIA DE LA LUZ SERRANO | 12/19/2008 | 12/17/2010 | $5,930.91 |
| 22 | GLEN DE LA ROSA | 06/05/2009 | 06/26/2009 | $53.62 |
| 23 | ROSA L DE LA TORRE | 12/19/2008 | 11/26/2010 | $2,437.89 |
| 24 | MERCEDES DE LEON | 11/26/2010 | 12/17/2010 | $136.12 |
| 25 | GIOVANNA DEJACTO | 07/24/2009 | 08/21/2009 | $136.12 |
| 26 | FRANCES DELGADO | 07/17/2009 | 09/18/2009 | $272.25 |
| 27 | ESTELLA DIAZ | 04/17/2009 | 04/24/2009 | $37.12 |
| 28 | GUADALUPE DIAZ | 07/30/2010 | 12/17/2010 | $792.00 |

| # | Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|
| 1 | JOSHUA DOMINGUEZ | 04/17/2009 | 05/22/2009 | $129.94 |
| 2 | ANA I ENRIQUEZ | 12/19/2008 | 12/17/2010 | $3,690.12 |
| 3 | ROBERT ESCALANTE | 12/19/2008 | 12/17/2010 | $4,740.10 |
| 4 | MARIA ESCOBAR | 05/01/2009 | 12/17/2010 | $3,155.55 |
| 5 | ANDREA ESPINOZA | 08/13/2010 | 12/17/2010 | $780.00 |
| 6 | JONALYN P ESTRADA | 12/19/2008 | 07/03/2009 | $1,073.93 |
| 7 | MARIA G ESTRADA | 12/19/2008 | 12/17/2010 | $3,954.02 |
| 8 | MARTHA ESTRADA | 07/17/2009 | 12/17/2010 | $2,135.25 |
| 9 | ROSARIO ESTRADA | 08/20/2010 | 12/17/2010 | $848.25 |
| 10 | SANDRA ESTRADA | 10/30/2009 | 12/17/2010 | $2,133.72 |
| 11 | CAMELIA O ESTRELLA | 12/19/2008 | 12/17/2010 | $2,943.22 |
| 12 | LUCENA FERNANDEZ | 06/05/2009 | 08/07/2009 | $363.00 |
| 13 | PAUL FLETCHER | 09/24/2010 | 12/17/2010 | $363.00 |
| 14 | TORBIA FREAL | 02/20/2009 | 12/17/2010 | $4,030.20 |
| 15 | SILVIA GARCIA | 12/19/2008 | 12/17/2010 | $5,239.44 |
| 16 | LUCINYA GHAZAROSYAN | 12/19/2008 | 12/04/2009 | $1,841.40 |
| 17 | MARIA GOMEZ | 08/07/2009 | 12/17/2010 | $2,542.65 |
| 18 | ADOLFO GONZALEZ | 12/11/2009 | 01/08/2010 | $40.50 |
| 19 | ESMERELDA GONZALEZ | 11/12/2010 | 12/17/2010 | $231.00 |
| 20 | JUANA GONZALEZ | 12/19/2008 | 12/17/2010 | $3,950.70 |
| 21 | MARIA D GUEVARA | 12/19/2008 | 12/17/2010 | $3,638.32 |
| 22 | MIRIAM GUTIERREZ | 12/19/2008 | 06/12/2009 | $1,046.50 |
| 23 | RICARDO GUTIERREZ | 12/19/2008 | 12/17/2010 | $4,022.63 |
| 24 | PHAM HA | 02/13/2009 | 12/17/2010 | $4,572.42 |
| 25 | AURELIA HAMIC | 12/19/2008 | 07/24/2009 | $1,560.36 |
| 26 | LINDITA HERKURI | 12/19/2008 | 07/17/2009 | $1,074.15 |
| 27 | HENDRO HERLAMBANG | 12/19/2008 | 06/26/2009 | $1,428.30 |
| 28 | KAREN HERNANDEZ | 09/11/2009 | 12/17/2010 | $2,844.00 |

| # | Name | Date 1 | Date 2 | Amount |
|---|------|--------|--------|--------|
| 1 | MARIA HERNANDEZ | 12/04/2009 | 12/10/2010 | $1,667.70 |
| 2 | MARIA ELENA HERNANDEZ | 12/19/2008 | 09/18/2009 | $1,368.90 |
| 3 | MARIA GUADALUPE HERNANDEZ | 07/31/2009 | 12/17/2010 | $3,125.85 |
| 4 | PAOLO HERNANDEZ | 12/18/2009 | 12/17/2010 | $2,079.00 |
| 5 | INGRID HERRERA | 02/26/2010 | 11/19/2010 | $1,378.80 |
| 6 | RYAN JAVIER | 09/24/2010 | 12/17/2010 | $519.75 |
| 7 | KIMBERLY JIMENEZ | 01/09/2009 | 09/18/2009 | $661.65 |
| 8 | RYAN JOSEPH MINA | 12/19/2008 | 05/29/2009 | $724.86 |
| 9 | DALJIT KAUR | 12/19/2008 | 12/17/2010 | $3,951.86 |
| 10 | JAGMIT KAUR | 11/12/2010 | 12/17/2010 | $231.00 |
| 11 | NARINDERJEET KAUR | 11/05/2010 | 12/17/2010 | $357.64 |
| 12 | SATINDER KAUR | 12/19/2008 | 12/17/2010 | $4,507.93 |
| 13 | TAJINDER P KAUR | 03/06/2009 | 01/22/2010 | $1,718.95 |
| 14 | PARMJEET KAUR THIARA | 12/26/2008 | 12/17/2010 | $1,094.22 |
| 15 | MARY S KERYAN | 12/19/2008 | 12/17/2010 | $4,655.10 |
| 16 | SHAHNAZ KHAN | 07/24/2009 | 03/05/2010 | $1,091.02 |
| 17 | VALYA KHUMARYAN | 12/19/2008 | 01/22/2010 | $1,182.67 |
| 18 | ELIZABETH LAGUNILLA | 01/23/2009 | 12/17/2010 | $4,031.40 |
| 19 | ARESEL LAI | 11/12/2010 | 12/17/2010 | $247.50 |
| 20 | ANTHONY LAO | 09/24/2010 | 10/01/2010 | $90.75 |
| 21 | JANET LI | 08/06/2010 | 12/17/2010 | $771.38 |
| 22 | QI S LI | 12/19/2008 | 12/17/2010 | $4,770.89 |
| 23 | MARTHA V LOZA | 12/19/2008 | 12/17/2010 | $3,716.14 |
| 24 | BIVIANA LOZANO | 01/09/2009 | 12/17/2010 | $3,292.22 |
| 25 | CYNTHIA LOZANO | 11/13/2009 | 02/19/2010 | $391.58 |
| 26 | MARILYN LOZANO | 10/30/2009 | 02/19/2010 | $480.76 |
| 27 | PAULO LOZANO | 06/26/2009 | 12/17/2010 | $3,162.90 |
| 28 | SHI LU | 06/12/2009 | 12/17/2010 | $3,863.30 |

| # | Name | | | |
|---|---|---|---|---|
| 1 | IURESALEMA LUI | 07/30/2010 | 12/17/2010 | $706.20 |
| 2 | CHAU LUONG | 06/05/2009 | 06/19/2009 | $82.50 |
| 3 | KODY LUONG | 12/19/2008 | 12/17/2010 | $3,748.28 |
| 4 | RACHEL MADRIAGA | 04/30/2010 | 12/17/2010 | $1,185.60 |
| 5 | LETTY MADRIGAL | 12/19/2008 | 12/17/2010 | $4,149.45 |
| 6 | NENA MANDIN | 10/30/2009 | 08/13/2010 | $1,407.58 |
| 7 | ELIA MARRON | 12/19/2008 | 12/17/2010 | $5,160.38 |
| 8 | CANDIDA MARROQUIN | 12/19/2008 | 12/17/2010 | $3,580.82 |
| 9 | JESSICA MARTINEZ | 10/30/2009 | 12/17/2010 | $2,154.81 |
| 10 | ROSA M MARTINEZ | 12/19/2008 | 12/17/2010 | $3,331.24 |
| 11 | LEONOR MARTINEZ MURRAY | 12/19/2008 | 12/17/2010 | $4,055.26 |
| 12 | ESHA MATOS | 12/19/2008 | 03/06/2009 | $338.70 |
| 13 | RANDY M MAYOR | 12/19/2008 | 12/17/2010 | $4,044.70 |
| 14 | OLGA MAZA | 02/27/2009 | 12/03/2010 | $3,739.50 |
| 15 | ALKA K MEHTA | 12/19/2008 | 12/17/2010 | $3,761.33 |
| 16 | SWEETY MEHTA | 02/06/2009 | 06/25/2010 | $2,542.50 |
| 17 | ELVA V MENDEZ | 12/19/2008 | 12/17/2010 | $3,460.03 |
| 18 | VANESSA MENDEZ | 02/20/2009 | 04/17/2009 | $417.60 |
| 19 | DANIELLE MENDOZA | 05/22/2009 | 12/17/2010 | $1,775.25 |
| 20 | LINDITA MERKURI | 07/24/2009 | 12/17/2010 | $3,156.27 |
| 21 | KARENNE MORALES | 12/04/2009 | 12/10/2010 | $1,655.94 |
| 22 | YESICA MORALES | 06/05/2009 | 04/16/2010 | $1,371.70 |
| 23 | ROSA M MORENTIN | 12/19/2008 | 12/17/2010 | $3,815.34 |
| 24 | ANGELICA MUNOZ | 02/20/2009 | 12/17/2010 | $3,708.20 |
| 25 | ROSA NEGRETE | 12/19/2008 | 12/17/2010 | $4,111.80 |
| 26 | BRENDA NEQUIS | 12/25/2009 | 12/17/2010 | $2,503.55 |
| 27 | OLGA A NEVAREZ | 12/19/2008 | 11/26/2010 | $2,710.75 |
| 28 | SAMANTHA NGUYEN | 12/19/2008 | 12/17/2010 | $4,178.92 |

**Complaint** (Sol#0119370))

| # | Name | Date 1 | Date 2 | Amount |
|---|------|--------|--------|--------|
| 1 | MINA NGUYEN DO | 12/19/2008 | 01/22/2010 | $1,850.21 |
| 2 | MARIA ONTIVEROS | 12/19/2008 | 04/30/2010 | $1,866.70 |
| 3 | CLAUDIA T ORDONEZ | 12/19/2008 | 12/17/2010 | $3,292.40 |
| 4 | JULIE OVERTON | 04/17/2009 | 04/23/2010 | $2,543.60 |
| 5 | REYNA E PANIAGUA | 01/30/2009 | 11/26/2010 | $4,128.70 |
| 6 | SALUD PANIAGUA | 12/19/2008 | 12/17/2010 | $5,025.78 |
| 7 | VARSHABEN J PATEL | 12/19/2008 | 12/17/2010 | $4,182.74 |
| 8 | MARCIA PENA | 04/17/2009 | 10/23/2009 | $790.80 |
| 9 | IRMA PERALTA CEBREROS | 12/19/2008 | 08/20/2010 | $1,768.20 |
| 10 | EVA PERDOMO | 12/19/2008 | 12/17/2010 | $4,068.82 |
| 11 | CRISTOPHER PEREIRA | 11/12/2010 | 12/17/2010 | $231.00 |
| 12 | GLADYS PEREZ | 12/19/2008 | 12/17/2010 | $5,656.98 |
| 13 | REVA PRAJAPATI | 06/05/2009 | 10/23/2009 | $842.88 |
| 14 | ARCELIA PROANO | 01/23/2009 | 07/17/2009 | $939.12 |
| 15 | GUADALUPE QUEZADA | 09/11/2009 | 12/17/2010 | $2,438.70 |
| 16 | ALICIA RAMIREZ | 12/19/2008 | 12/17/2010 | $5,403.81 |
| 17 | LAURA R RAMIREZ | 12/19/2008 | 12/17/2010 | $4,298.63 |
| 18 | JAY REAL | 12/19/2008 | 09/04/2009 | $1,435.78 |
| 19 | OLIVIA RECINOS | 12/19/2008 | 12/17/2010 | $4,711.83 |
| 20 | MIGUEL REVELO | 04/24/2009 | 05/22/2009 | $237.19 |
| 21 | NOMI REVILLA | 07/31/2009 | 08/28/2009 | $99.00 |
| 22 | DANIELA C REYES | 01/16/2009 | 12/17/2010 | $4,219.66 |
| 23 | LEAH Y REYES | 12/19/2008 | 12/17/2010 | $3,805.56 |
| 24 | AARON REYSANG | 09/11/2009 | 10/15/2010 | $2,198.70 |
| 25 | GLORY RIMANDO | 01/09/2009 | 12/17/2010 | $4,033.70 |
| 26 | MARINA N RIVAS | 12/19/2008 | 12/17/2010 | $3,343.42 |
| 27 | GEORGE RIVERA | 07/24/2009 | 09/18/2009 | $272.25 |
| 28 | LESSDIANNE RIVERA | 01/09/2009 | 12/17/2010 | $3,832.03 |

| # | Name | Start Date | End Date | Amount |
|---|---|---|---|---|
| 1 | CATHY ROBLES | 06/26/2009 | 02/19/2010 | $817.60 |
| 2 | CRISTINA RODRIGUEZ | 12/25/2009 | 12/17/2010 | $1,701.30 |
| 3 | ELIZABETH RODRIGUEZ | 01/16/2009 | 10/15/2010 | $3,394.12 |
| 4 | JANSEN RODRIGUEZ | 01/09/2009 | 12/17/2010 | $4,329.42 |
| 5 | ALEXIS ROMO | 12/11/2009 | 12/17/2010 | $1,712.42 |
| 6 | GUADALUPE RUVALCABA | 06/05/2009 | 04/02/2010 | $1,020.52 |
| 7 | TRITIA-JANE SABADO | 03/06/2009 | 12/17/2010 | $3,808.20 |
| 8 | PRECIOUS SALAZAR-TEC | 12/19/2008 | 12/17/2010 | $2,493.95 |
| 9 | ALBERT SAN JUAN | 06/12/2009 | 06/19/2009 | $108.40 |
| 10 | SILVIA SANCHEZ - 106504 | 12/19/2008 | 12/17/2010 | $4,208.12 |
| 11 | SILVIA SANCHEZ - 109576 | 07/24/2009 | 12/17/2010 | $2,284.93 |
| 12 | SILVIA SANCHEZ - HELP | 12/19/2008 | 07/17/2009 | $1,379.70 |
| 13 | SARA SANDOVAL | 07/03/2009 | 03/05/2010 | $826.20 |
| 14 | DOLORES SANTAMARIA | 12/19/2008 | 09/04/2009 | $983.12 |
| 15 | MARILOU L SANTIAGO | 12/19/2008 | 12/17/2010 | $4,193.55 |
| 16 | CLAUDIA SANTOS | 08/06/2010 | 12/17/2010 | $635.25 |
| 17 | MARIA SANTOS | 12/11/2009 | 12/17/2010 | $1,134.38 |
| 18 | VICTORIA R SANTOS | 12/19/2008 | 03/13/2009 | $510.77 |
| 19 | PHALLY SEARTH | 12/11/2009 | 12/17/2010 | $1,975.99 |
| 20 | KHRISTINA SIBUG | 10/08/2010 | 12/17/2010 | $577.50 |
| 21 | JATINDER SINGH | 08/28/2009 | 10/22/2010 | $2,331.00 |
| 22 | LAKHWINDER SINGH | 12/19/2008 | 12/17/2010 | $4,857.76 |
| 23 | PARSHOTAM SINGH | 12/19/2008 | 09/11/2009 | $1,134.39 |
| 24 | MICHAEL SMITH | 03/05/2010 | 12/17/2010 | $1,930.50 |
| 25 | PATRICIA SOBERANIS | 02/20/2009 | 12/17/2010 | $3,321.90 |
| 26 | LOURDES G SUAZO | 12/19/2008 | 12/17/2010 | $4,041.10 |
| 27 | MARTHA SUSANA OROZCO | 12/19/2008 | 12/17/2010 | $5,737.39 |
| 28 | HONG THI LE | 04/24/2009 | 08/07/2009 | $635.25 |

| # | Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|
| 1 | JUANA TOLEDO | 01/09/2009 | 09/18/2009 | $1,342.28 |
| 2 | TERESA TORRES | 12/19/2008 | 12/17/2010 | $5,458.24 |
| 3 | THANH T TRAN | 12/19/2008 | 12/17/2010 | $4,461.03 |
| 4 | JANNIE TRINH | 10/30/2009 | 12/17/2010 | $2,315.78 |
| 5 | ARJEAN TUMANDA | 08/20/2010 | 12/17/2010 | $866.25 |
| 6 | JUNE ULUKIVAIOLA | 12/19/2008 | 07/24/2009 | $1,578.10 |
| 7 | VANESSA VALDES | 12/19/2008 | 12/17/2010 | $4,593.80 |
| 8 | ANGELICA VALENCIA | 09/11/2009 | 12/17/2010 | $3,119.55 |
| 9 | LUIS A VALENCIA | 01/16/2009 | 12/17/2010 | $4,656.09 |
| 10 | ESTELA VALENZUELA | 07/31/2009 | 12/17/2010 | $2,958.90 |
| 11 | MARIA VALENZUELA | 08/28/2009 | 12/17/2010 | $2,741.60 |
| 12 | SHEENA VALETE | 12/04/2009 | 12/17/2010 | $2,073.00 |
| 13 | ALFREDO H VALETE JR | 12/19/2008 | 12/17/2010 | $4,025.54 |
| 14 | MYRNA VALORIA | 02/27/2009 | 12/17/2010 | $4,040.10 |
| 15 | ALEJANDRO VASQUEZ | 06/05/2009 | 12/17/2010 | $2,942.70 |
| 16 | YESIKA VASQUEZ | 05/01/2009 | 11/06/2009 | $1,138.50 |
| 17 | VELIA VELASQUEZ | 12/19/2008 | 12/17/2010 | $3,296.58 |
| 18 | BELIA A VELAZQUEZ | 12/19/2008 | 12/17/2010 | $4,019.58 |
| 19 | ANN VIDAL | 05/01/2009 | 05/15/2009 | $48.47 |
| 20 | RAISA VITA | 04/23/2010 | 12/17/2010 | $1,406.58 |
| 21 | SON YANG | 12/19/2008 | 12/17/2010 | $3,989.12 |
| 22 | SVETLANA ZLATANOV | 11/06/2009 | 10/01/2010 | $2,234.33 |